Danmond Jonathan Slack
GDC-1001152808-
Dooly State Prison (E2)
P.O. Box 750
Unadilla, Georgia (31091)



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 31 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

1:22-CV-4347

United States District Court
Northern District of Georgia
Atlanta Division

Danmond Jonathan Slack
  — Plaintiff —
  — VS —
Charles M. Eaton Jr., Judge
Fulton County Superior Court

Fani T. Willis, District Attorney
Fulton County, State of Georgia

Cathelene "Tina" Robinson, Clerk
Superior Court, Fulton County Georgia

Chris Carr, Attorney General
State of Georgia

Case No _____:

Complaint For Damages

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 31 2022

KEVIN P. WEIMER
By: _____ Deputy Clerk

Danmond Jonathan Slack 1001152808
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

1:22-CV-4347

-vs-

Charles M. Eaton Jr.
Fani T. Willis, Chris Carr
Cathelene Tina Robinson
(Enter above the full name of the defendant(s).)

I. Previous Lawsuits

    A. Have you filed other lawsuits in federal court while incarcerated in any institution?

           Yes ( )    No (✗)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiff(s): N/A

           Defendant(s): N/A

        2. Court (name the district): N/A

        3. Docket Number: N/A

Rev. 12/5/07

J. Previous Lawsuits (Cont'd)

4. Name of judge to whom case was assigned: __N/A__

5. Did the previous case involve the same facts? __N/A__

   Yes ( )   No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
   __N/A__

7. Approximate date of filing lawsuit: __N/A__

8. Approximate date of disposition: __N/A__

II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: __Dooly State Prison__

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes ( )   No (✓)

D. If your answer is YES:
   1. What steps did you take and what were the results?
      __N/A__

   2. If your answer is NO, explain why not: __This lawsuit has nothing to do with a grievance procedure.__

Rev. 12/5/07

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Danmond Jonathan Slack

Address(es): Dooly State Prison, 1412 Pluckett Rd. P.O. Box 750 Unadilla Georgia (31091):

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Charles M. Eaton Jr.

Continued next pg.

Employed as Judge

at Superior Court, Fulton County, State of Georgia: Courtroom 5C / Chambers T-5755

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Danmond Jonathan Slack did on June 13, 2022 filed my "Commercial Affidavit Of Truth" with the Clerk of Fulton County Superior Court, Cathelene Tina Robinson, which went unrebutted by the State of Georgia.

On the 22nd day of July, I filed with Clerk Robinson my "Motion For Summary Judgment" which also went unadjudicated and also stands as unrebutted

Rev. 12/5/07

III Parties
Continued;

Fani T. Willis
District Attorney
Fulton County, District Attorney's Office

Cathelene Tina Robinson
Fulton County Clerk
Fulton County, Superior Courthouse
136 Pryor Street  30303

Chris Carr
Attorney General
Atlanta, GA. 30334
40 Capitol Sq, Dept. of Law

IV. Statement of Claim (Cont'd)

by Fani T. Willis, District Attorney, Fulton County as well as Chris Carr, Attorney General remained silent.

On June, 13, 2022, Judge Charles M. Eaton Jr. Fulton County Superior Court was forwarded, by his Litigation Manager my "Commercial Affidavit of Truth" for further review.

On July 22nd, 2022 my "Motion For Summary Judgment" was also filed with this same Judge, Charles M. Eaton Jr. for further review. No further Response has occurred concerning my "Commercial Affidavit of Truth" and my properly filed Motion For Summary Judgment.

See Exhibits marked A and B and made a part of this Action.

V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I Danmond Jonathan Slack do respectfully request this Honorable Federal District Court to honor Plaintiff's request to proceed with this Complaint. To serve each defendant named herein and further grant Plaintiff's to pursue all defendant's Criminally for each defendants Actions involved in this Action.

Further request his immediate release from any further unlawful custody and incarceration due in this Action. Also Grant Plaintiff's rights to any punitive damages for each defendant's named herein as well as any Compensated damages Plaintiff

Rev. 12/5/07

V. Relief (Cont'd)

May be entitle to. →

Singed this 27th day of October, 2022.

All Rights Reserve
Damien Gawthrow of the family; Mark Beneficiary
Signature of Plaintiff

STATE OF GA
COUNTY (CITY) OF Dooly

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 10 - 27 - 2022
(Date)

All Rights Reserve
Damien Gawthrow of the family; Mark Beneficiary
Signature of Plaintiff

[Notary Seal: BARBARA FRANKLIN, NOTARY PUBLIC, DOOLY COUNTY, GEORGIA, EXPIRES 07-25-2026]

Rev. 12/5/07

Exhibit: (A)

In The Superior Court For Fulton County
State Of Georgia

Danmond Slack;
-1001152808-

- Defendant -

-vs-

State Of Georgia,
Fulton, County.

- Respondent -

Case No. 13 SC 120169,

FILED IN OFFICE
JUN 13 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

Commercial Affidavit Of Truth
27 CFR 72.11 All Crimes Are Commercial
Title 28 USC 3002, Sec. 15, (A)(B)(C)
States that the United States is a Federal
Corporation And not A Government (note
the Capitolization indicating the Corp-
oration not the Republic including the
Judiciary Procedural Section)

## Commercial Affidavit Of Truth

"Indeed, no more than (Commercial) Affidavit is necessary to make the prima facie Case". United States V. Kis, 632 F 2d. 536 (7th. Cir. 1981), cert denied, 50 U.SC 2169 SCt, March 22, 1982:

Comes now, Danmond Slack, in Propria persona, without recourse, All Rights Reserved, And respectfully files this his Commercial Affidavit Of Truth.

For the record, on the record, And let the record show, As the Affiant Herein, I am over the age of twenty-one (21). I do not suffer from Constitutional Pyschopathic inferiority complex. In Propria-

And further as This Honorable Court is aware, As Fiduciary, one must manage property or valuables of another, and must exercise A standard care imposed by law, As the job of our procedural proceedings is to decide them justly and by the law.

Further asserting that the state has failed in rebutting, His "Commercial Affidavit of Truth", subsequently, causing default and thus His Motion for Summary Judgment, which, This Honorable Court is now made aware, That his Affidavit is now law, And, stands as Truth In Commerce, (12 Pet. 1:25); And Now His Affidavit, unrebutted, becomes the Judgment In Commerce (Heb. 6:16-17) And in fact further shows This Honorable Court, of Fulton County, State of Georgia, Truth is expressed in the form of An Affidavit (Lev. 5:4-5) And (James 5:12).

Further Daymond Slack, As the Third Party Intervener, would now respectfully, strongly urge This Honorable Court for, Summary Judgment, on His, unrebutted "Commercial Affidavit of Truth" Now before This Court.

I Do/will not dispute Any of the facts contained in the charging instrument, Please use My exemption for the offset And Adjustment of the Public charges Against the defendant And release to me immediately, The Order of The Court, deduct And omit All Fees And Costs to My Memory Account!

Wherefore, Daymond Slack Respectfully Ask For The Issuance Of Summary Judgment against the respondents, as the law demands!

Notary Public,

/s/ 5-31-22

Respectfully, Daymond of the family Slack, In Propria Persona
Daymond Slack - Defendant-
-1001152808-

-2-

# Certificate OF Service

I, DANMOND SLACK, in propria persona, Do hereby certify that I have this day, served a true and correct "Commercial Affidavit OF Truth" to the clerk of Fulton County, State OF Georgia and the District Attorney's Office, properly addressed with adequate postage attached to; and placed into the U.S. Mail to;

Clerk; Catheleen "Tina" Robinson
Superior Court OF Fulton County, Georgia
136 Pryor St. S.W.
Atlanta, Georgia (30303)

Fulton County, Georgia
District Attorney's Office
136 Pryor St. S.W.
Atlanta, Georgia (30303)

Danmond Slack; Defendant
retains (1 copy);

This 31st day of May 2022;

Respectfully, Danmond of the Family,
Slack, In Propria Persona
Danmond Slack · 1001152808 ·
Dooly State Prison   240 T
P.O. Box 750
Unadilla, Georgia (31091)

NOTARY Public,



/5-31-2022

(Notary seal: GREGORY SCOTT DIXON, Commission Expires NOTARY PUBLIC JULY 23, 2022, DOOLY COUNTY, GEORGIA)

DANMOND OF The Family, SLACK,
In Propria Persona  # 1001152808#
Dody State Prison   E-2 240 T
P.O. BOX 750
Ynadilla, Georgia (31091)

CATHELENE ROBINSON. C.S.C.
D.C.S.C. FULTON CO. GA
JUN 13 2022
RECEIVED

Honorable Clerk; Fulton
County Superior Court;
136 Pryor St. S.W.
Atlanta, Georgia (30303)

MACON GA 310
9 JUN 2022 PM 2 L



30303-343599

CLERK OF SUPERIOR COURT & MAGISTRATE COURTS
FULTON COUNTY
THE HONORABLE CATHELENE "TINA" ROBINSON
CLERK OF SUPERIOR COURT
(404) 613-5314



June 13, 2022

Mr. Danmond Jonathan Slack
Dooly State Prison, E-2, 240-T
P. O. Box 750
Unadilla, Georgia 31091
G. D. C. No. 1001152808

Re: **Commercial Affidavit of Truth**

Case No. 13SC120169

Dear: Mr. Slack:

In response to your request(s) please review the item(s) checked below:

_____ We need more information to complete your request. Please provide us with an Indictment, Civil Action number or Accusation number to the particular case which you are referring to. Also, list alias names used charges and arrest information, your date of birth & SS #.

_____ We have enclosed the document you requested.

___x__ Your document(s) has been filed in our office, and a copy has been forwarded to the Litigation Manager for the Honorable Judge Eaton for consideration. The mailing address is 185 Central Avenue, Suite T-5755 Atlanta, Georgia 30303.

_____ Our database shows no future court date scheduled in your case. Please contact the Litigation Manager for Judge _____ at: 185 Central Avenue, Suite T-_____ Atlanta, Georgia 30303.

_____ Your request has been received and filed in our office.

_____ The Grand Jury has indicted this case. Your new case number is _____.

_____ We are unable to process your request, because our office does not provide legal assistance. You may wish to secure the services of an attorney.

_____ We have forwarded a copy of your motion to the District Attorney's Office. The address is 136 Pryor Street, SW, 3rd Floor, Atlanta, Georgia, 30303.

_____ Our office does not conduct background checks to determine pending charges. Please contact the Sheriff's Department at 185 Central Avenue, 9th Floor, Atlanta, Georgia 30303.

_____ We are returning your document because, both cases has been resolved.

Sincerely,
Deputy Clerk

Cc: File
    Litigation Manager

In The Superior Court For Fulton County
State of Georgia

DANMOND SLACK,
- 1002152808 -
  - Defendant -

  - VS -

STATE OF Georgia,
Fulton County
  - Respondent -

Case No. 13SC120169;

In Pursuant To OCGA. 9-14-48; AND OCGA 9-11-56

"SUMMARY Judgment"

Exhibit: (B)

## MOTION FOR SUMMARY Judgment

Comes NOW, DANMOND SLACK, In propria persona without recourse And respectfully ask This Honorable Court of Fulton County, State of Georgia, "To GRANT His MOTION FOR SUMMARY Judgment". And now shows the following for the basis of his request.

On The 13th day of June 2022, his unrebutted, "Commercial Affidavit OF Truth" was filed with this Honorable Clerk; Fulton County Superior Court. And is now ripe for Adjudication. And,

Further Requesting that This Honorable Court, enforce the law, in regards to his properly filed Affidavit; See, Seitzer V. Seitzer 80 Cal Rpt. 688;

As Trustee, My Honor, you have the fiduciary obligation to Administer the trust for the benefit of the beneficiary, AND that is, I,

PERSONA, IN ONE'S OWN propria PERSONA, I AM Competent to Make this Affiant Letter Of TRUTH of my firsthand knowledge, And so hereby declare under the penalty of perjury that the following statements Are true to the best of my knowledge And good intent, so help me GOD.

Title 28 USC. 3002 Section 15 (A)(B)(C) states "that the United States is A Federal Corporation And not A Government". (Note the Capitalization indicating the Corporation, Not the Republic), including the Judiciary Procedural Section.

27 CFR. 72.11, All Crimes Are Commercial.

Comes NOW, I, the holder in Due Course, here As A third Party Intervener, Making A special Appearance under threat, Duress And coercion As An Authorized Representative for the Defendant, I Accept for value And return for Value All the charges And instruments in this Matter And Make My exemption As Principle Available for discharge of obligations And charges connected with this Case No. ~~██████~~ 13 SC 120169; therein the Fulton County Superior Court, State Of Georgia.

I do/will not dispute Any of the facts Contained in the charging instrument, Please use My exemption for the offset And Adjustment of the Public charges Against the defendant And release the Order Of The Court To Me immediately, Deduct And omit All Fees And Costs And charge, To My Memory Account (SSN).

No Man shall Be Deprived Of His Property without Being Heard, His own Defense," Kenny V. Beverly, 2 Henem (VA) 318, 336°

-2-

And/or no person shall be deprived of life, liberty, without due process of law/ due course of law, Davidson V. New Orleans, 96 U.S. 97, 25 2Ed. 616 Actual threatened exercise of power over the property of another is coercion and duress, which will render the payment involuntary, Cleveland V. Richardson 10 S Ct. 100º

A layman cannot be expected to know how to protect their rights' and/or accept his/her commercial charge when dealing with practical and careful adversaries, "Gideon V. Wainright, 372 U.S 335"

In closing "woe to those who decree unjust statutes and to those who continually record unjust decisions to deprive the needy of justice and rob the poor of their rights'.

Respectfully Submitted, This 18th day of July 2022º

Notary Public,

_____ 5-31-2022

Danmond S. of the family, Slack
DANMOND SLACK - 1001152808·
Holder In Due Course, In Propria Persona
without Recourse
All Rights' Reserved
Dooly State Prison E-2 240 T
P.O. Box 750
Unadilla, Georgia (31091)

-3-

# Certificate Of Service

I DANMOND SLACK do hereby Certify that I placed a true And Correct **MOTION FOR SUMMARY Judgment** in the United States Mail properly Addressed with Adequate portage Attached there unto. To The Following; This 18th day of July 2022:

Clerk; Catheleen "Tina" Robinson
Fulton County Superior Court
136 Pryor St. S.W.
Atlanta, Georgia (30303)

Defendant DANMOND SLACK
(retains 1 copy)

Fulton County District
Attorneys' Office
136 Pryor St. S.W.
Atlanta, Georgia (30303)

Notary Public,

Respectfully,
DANMOND SLACK - defendant
- 1001152808 - E-2 240T
P.O. Box 750
Unadilla, Georgia (31091)

[Notary seal: Gregory Scott Dixon, Notary Public, Dooly County, Georgia, Commission Expires July 23, 2022]

Danmond J: Of The Family, Slack # 1001252808 #
Dooly State Prison E-2
P.O. Box 750
Unadilla, Georgia (31091)

MACON GA 310
19 JUL 2022 PM 2 L

JUL 22 2022
CATHELENE ROBINSON, C.S.C.
D.C.S.C. Fulton Co., GA

Clerk, Cathleen "Tina" Robinsons
Fulton County Superior Court
136 Pryor St. S.W.
Atlanta, Georgia (30303)

30303-624824

CLERK OF SUPERIOR COURT & MAGISTRATE COURTS
FULTON COUNTY
THE HONORABLE CATHELENE "TINA" ROBINSON
CLERK OF SUPERIOR COURT
(404) 613-5314

July 22, 2022

Mr. Danmond Jonathan Slack
Dooly State Prison
P. O. Box 750
Unadilla, Georgia 31091
G. D. C. No. 1001152808



Re: <u>Motion for Summary Judgment</u>

Case No. 13SC120169

Dear: Mr. Slack:

In response to your request(s) please review the item(s) checked below:

_____ We need more information to complete your request. Please provide us with an Indictment, Civil Action number or Accusation number to the particular case which you are referring to. Also, list alias names used charges and arrest information, your date of birth & SS #.

____ We have enclosed the document you requested.

_x_ Your document(s) has been filed in our office, and a copy has been forwarded to the Litigation Manager for the Honorable Judge <u>Eaton</u> for <u>c</u>onsideration. The mailing address is 185 Central Avenue, Suite T-<u>5755</u> <u>A</u>tlanta, Georgia 30303.

_____ Our database shows no future court date scheduled in your case. Please contact the Litigation Manager for Judge _____ at: 185 Central Avenue, Suite T-_____ Alanta, Georgia 30303.

___Your request has been received and filed in our office.

_____The Grand Jury has indicted this case. Your new case number is _____

___ We are unable to process your request, because our office does not provide legal assistance. You may wish to secure the services of an attorney.

_____ We have forwarded a copy of your motion to the District Attorney's Office. The address is 136 Pryor Street, SW, 3rd Floor, Atlanta, Georgia, 30303.

_____Our office does not conduct background checks to determine pending charges. Please contact the Sheriff's Department at 185 Central Avenue, 9th Floor, Atlanta, Georgia 30303.

___ _ We are returning your document because,:

Sincerely,
Deputy Clerk

Cc: File
    Litigation Manager